# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| JERRE NISHIDA, | Case No. ED CV 24-02495-SSS (DFM) |
| Petitioner, | Order Accepting Amended Report and Recommendation of United States Magistrate Judge |
| v. | |
| ELISEO RICOLCOL, | |
| Respondent. | |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge. No objections were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss is granted and that Judgment be entered denying the Petition without prejudice for failure to exhaust administrative remedies.

Date: January 27, 2026

_____
SUNSHINE SUZANNE SYKES
United States District Judge