JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JERRE NISHIDA,<br><br>Petitioner,<br><br>v.<br><br>ELISEO RICOLCOL,<br><br>Respondent. | Case No. ED CV 24-02495-SSS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Amended Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied without prejudice for failure to exhaust administrative remedies.

Date: January 27, 2026

SUNSHINE SUZANNE SYKES
United States District Judge